JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3.4.14

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. KIRBY,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>K. HOLLAND, Warden,<br><br>　　　　Respondent. | Case No. SACV 13-1190-JAK (RNB)<br><br>**J U D G M E N T** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 2-26-14

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE